# UNITED STATES DISTRICT COURT

for the

District of South Carolina

Greenville Division

RECEIVED
USDC, CLERK GREENVILLE, SC
2024 JUN 14 PM 3:58

| | |
|---|---|
| Melissa D Bohlman<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>**-v-**<br>GE Renewables US, LLC, GE, GE Renewable Energy, Sedgwick Claim Management<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. ______________<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Melissa D Bohlman |
| Street Address | 1672 HWY 357 |
| City and County | LYMAN SPARTANBURG |
| State and Zip Code | SC 29365 |
| Telephone Number | 916-803-4120 |
| E-mail Address | MELISSA_BOHLMAN@Yahoo.COM |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | GE Renewables US, LLC |
| Job or Title *(if known)* | |
| Street Address | 8000 E MAPLEWOOD AVE, BLDG 5, SUITE 250 |
| City and County | GREENWOOD VILLAGE, ARAPAHOE COUNTY |
| State and Zip Code | CO 80111 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | GE Renewables US, LLC |
| Job or Title *(if known)* | |
| Street Address | ONE RIVER ROAD |
| City and County | SCHENECTADY, SCHENECTADY |
| State and Zip Code | NY 12345 |
| Telephone Number | 518-385-2211 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | GE VERNOVA |
| Job or Title *(if known)* | |
| Street Address | 58 CHARLES STREET |
| City and County | CAMBRIDGE, MIDDLESES COUNTY |
| State and Zip Code | MA |
| Telephone Number | 773-299-6600 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | GENERAL ELECTRIC (GE) COMPANY |
| Job or Title *(if known)* | |
| Street Address | ONE RIVER ROAD |
| City and County | SCHENECTADY, SCHENECTADY |
| State and Zip Code | NY 12345 |
| Telephone Number | 518-385-2211 |
| E-mail Address *(if known)* | |

ATTACHMENT B. The Defendant(s)

Defendant No. 5

| | |
|---|---|
| Name | Electric Insurance Company |
| Job or Title *(if known)* | |
| Street Address | 75 Sam Fonozo Drive |
| City and County | Beverly, Essex County |
| State and Zip Code | MA 01915 |
| Telephone Number | 800-227-2757, (518-388-7289) |
| E-mail address *(if known)* | |

Defendant No. 6

| | |
|---|---|
| Name | Alstom Renewables US, LLC |
| Job or Title *(if known)* | |
| Street Address | (P.O. Box 5000) |
| City and County | SCHENECTADY, SCHENECTADY County |
| State and Zip Code | NY |
| Telephone Number | 518-385-2211 |
| E-mail address *(if known)* | |

Defendant No. 7

| | |
|---|---|
| Name | GE Renewables US, LLC |
| Job or Title *(if known)* | |
| Street Address | 300 Garlington Rd |
| City and County | GREENVILLE, GREENVILLE |
| State and Zip Code | SC |
| Telephone Number | 864-254-2000 |
| E-mail address *(if known)* | |

Defendant No. 8

| | |
|---|---|
| Name | GE DISABILITY BENEFITS CENTER |
| Job or Title *(if known)* | |
| Street Address | P.O. BOX 14338 |
| City and County | LEXINGTON |
| State and Zip Code | KY |
| Telephone Number | 800-392-0789 |
| E-mail address *(if known)* | |

Defendant No. 9

| | |
|---|---|
| Name | Sedgwick Claim Management |
| Job or Title *(if known)* | |
| Street Address | P.O. BOX 14338 |
| City and County | LEXINGTON |
| State and Zip Code | KY |
| Telephone Number | 800-392-0789 |
| E-mail address *(if known)* | |

Defendant No. 10

| | |
|---|---|
| Name | Jane Dow |
| Job or Title *(if known)* | |
| Street Address | TBD |
| City and County | TBD |
| State and Zip Code | TBD |
| Telephone Number | TBD |
| E-mail address *(if known)* | |

Defendant No. 11

| | |
|---|---|
| Name | John Dow |
| Job or Title *(if known)* | |
| Street Address | TBD |
| City and County | TBD |
| State and Zip Code | TBD |
| Telephone Number | TBD |
| E-mail address *(if known)* | |

III. Statement of Claim

1. The Plaintiff worked for the following companies as a Lead Fleet Reliability and Operation Engineer, North America for GE Renewable Energy out of field/telework/Brookfield office in South Carolina, under GE Renewables US, LLC starting on January 6, 2020. Plaintiff(s) office was located at 201 Brookfield Parkway Brookfield Plaza Building, Greenville South Carolina, 29607. Plaintiff reported to Engineering Manager – Fleet Reliability & Operations, North America in 5005, Boulevard Lapiniere, Brossard (Quebec) J4Z 0N5, Canada. Defendant(s) did not follow industry and Federal Standards, nor was the incident reported as an OSHA Recordable Event. The facility was in unsafe condition under industry standards and Federal Regulations the Defendant(s) withheld key information to safeguard Plaintiff. On June 14, 2021, during the inspection of Philpot Hydroelectric Powerhouse Unit 2, located on Philpott Dam (west) of Bassett VA, Owned and operated by the USACE Wilmington district, Plaintiff was harmed via electrical shock while measuring the main leads of Unit 2 by the Plaintiff due to improper grounding of the unit. Plaintiff was shocked in left forearm while measuring the hydroelectric main leads. The

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

PARKER O' NEIL WIDEMAN v. INNOVATIVE FIBERS LLC No. 23-1163; STEIN FIBERS LTD, RILEY C. DRAPER v. INNOVATIVE FIBERS LLC No. 23-1167; STEIN FIBERS LTD, WILLIAM F. DOUGLASS; JESSICA L. DOUGLASS v INNOVATIVE FIBERS LLC; STEIN FIBERS LTD No. 23-1169

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Melissa D Bohlman, is a citizen of the State of *(name)* South Carolina.

b. If the plaintiff is a corporation

The plaintiff, *(name)* __________, is incorporated under the laws of the State of *(name)* __________, and has its principal place of business in the State of *(name)* __________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* __________, is a citizen of the State of *(name)* __________. Or is a citizen of *(foreign nation)* __________.

facility was in an unsafe condition due to a fire in the Philpott powerhouse on March 30, 2016 that damaged Units 1 and Unit 2. Then on May of 2020 a landslide damaged the Dam switch house, transformers area, backup generator infrastructure, dam powerhouse, embankment of the dam and Units 1 and 2. The Hazzard level of the facility was higher than a normal inspection and had zero protection in place.

2. GE Renewables US, LLC, Alstom Renewables US, LLC

Defendant(s) sent plaintiff to Philpott Dam Powerhouse on two (2) occasions for engineering inspections, May 17 – 18, 2021 and June 14, 2021 to preform engineering inspection and measurements of Units 1 and 2, main Generator leads, Generator and Turbine, and the powerhouse. Prior to each site visit, the Plaintiff was not given access to the solicitation/contract to review and understand the risks associated with the facility conditions. The Defendant(s) did not provide the Personal Protective Equipment (PPE) required for the specified work to be performed, per defendant(s) standards, industry standards and Federal Requirements as well per solicitation/contract. The Defendant(s) did not provide plaintiff have a safety procedure and standard in place prior to the injury. The Defendant(s) did not have an emergency safety plan, or emergency action plan in place for the facility in event of an emergency, or a hazardous action plan for the work to be performed as required by the solicitation/contract. Defendants did not perform an Activity Hazard Analysis (AHA) 15 days prior to plaintiff coming on site as required by solicitation/contract. On May 18 during plaintiffs initial site visit, a safety incident was reported to Defendant(s) by plaintiff when in a confined space plaintiffs and coworker's $O^2$ sensor detected poor air quality and was reported to Defendants. Defendant(s) willfully and intentionally did not send the safety team onsite to verify clearances and zero energy as required by solicitation/contact, industry and Federal regulations, NFPA 70, NFPA 70E, CFR 26, CFR1926.416(a), CFR 2619.962, CFR 29 1910.132, util after the incident on June 14, 2024. No OSHA recordable shown under 1904. Defendant(s) EHS-Action #3428 was closed on July 24, 2021 and was closed.

3. GE Renewable Energy, GE, General Electric, GE Vernona, GE Renewables Power Division, General Electric Insurance

Defendant(s) sent plaintiff to Philpott Dam Powerhouse on two (2) occasions for engineering inspections, May 17 – 18, 2021 and June 14, 2021 to preform engineering inspection and measurements of Units 1 and 2, main Generator leads, Generator and Turbine, and the powerhouse. Prior to each site visit, the Plaintiff was not given access to the solicitation/contract to review and understand the risks associated with the facility conditions. The Defendant(s) did not provide the Personal Protective Equipment (PPE) required for the specified work to be preformed, per defendant(s) standards, industry standards and Federal Requirements as well per solicitation/contract, per CFR 1910.134, such as respirator certification. The Defendant(s) did not provide plaintiff have a safety procedure and standard in place prior to the injury, for engineering inspection, example HNASTD00 MKB 01-203F QB-01_REVA LOTO GUIDE SITE INSPECTION was not approved signed or provided, nor implemented until after the

incident on June 14, 2024. The Defendant(s) did not have an emergency safety plan, or emergency action plan in place for the facility in event of an emergency, or a hazardous action plan for the work to be performed as required by the solicitation/contract. Defendants did not perform an Activity Hazard Analysis (AHA) 15 days prior to plaintiff coming on site as required by solicitation/contract. On May 18 during plaintiffs initial site visit, a safety incident was reported to Defendant(s) by plaintiff when in a confined space plaintiffs and coworker's $O^2$ sensor detected poor air quality and was reported to Defendants. Defendant(s) willfully and intentionally did not send the safety team onsite to verify clearances and zero energy as required by solicitation/contact, industry and Federal regulations, NFPA 70, NFPA 70E, CFR 26, CFR1926.416(a), CFR 2619.962, CFR 29 1910.132, util after the incident on June 14, 2024. No OSHA recordable shown under 1904. Defendant(s) EHS-Action #3428 was closed on July 24, 2021, and was closed.

4. GE, General Electric Insurance, GE Disability, Sedgwick Claim Management, General Electric Insurance Jane Dow and John Dow.

   Defendant(s) counted already earned and approved vacation time as FLMA due to incident on June 14th. Defendant(s) did not follow approved adaptive duties and work restrictions. Defendant(s) withheld critical medical information such as diagnosis from plaintiff for treatment. Defendant(s) did not report OSHA recordable shown under 1904, Defendant(s) EHS-Action #3428 put as Non-Regulatory and closed July 24, 2024

B. If the Basis for Jurisdiction Is Diversity of Citizenship

2. The Defendant(s)

b. a If the defendant is a corporation

| | | |
|---|---|---|
| The defendant, *(name)* | GE Renewables US, LLC | is incorporated under |
| the laws of the State*(name)* | NY | , and has its |
| principal place of business in the State of (name) | NY | . |
| Or is incorporated under the laws of *(foreign nation)* | | , |
| and has its principal place of business in *(name)* | NY | |

2. The Defendant(s)

b. b If the defendant is a corporation

| | | |
|---|---|---|
| The defendant, *(name)* | GE VERNOVA | is incorporated under |
| the laws of the State*(name)* | MA | , and has its |
| principal place of business in the State of (name) | MA | . |
| Or is incorporated under the laws of *(foreign nation)* | | , |

| | | |
|---|---|---|
| and has its principal place of business in *(name)* | MA | |

2. The Defendant(s)

b. c If the defendant is a corporation

| | | |
|---|---|---|
| The defendant, *(name)* | GENERAL ELECTRIC (GE) COMPANY | is incorporated under |
| the laws of the State*(name)* | NY | , and has its |
| principal place of business in the State of (name) | NY | . |
| Or is incorporated under the laws of *(foreign nation)* | | , |
| and has its principal place of business in *(name)* | MA | |

2. The Defendant(s)

b. d If the defendant is a corporation

| | | |
|---|---|---|
| The defendant, *(name)* | Electric Insurance Company | is incorporated under |
| the laws of the State*(name)* | NY | , and has its |
| principal place of business in the State of (name) | MA | . |
| Or is incorporated under the laws of *(foreign nation)* | | , |
| and has its principal place of business in *(name)* | MA | |

2. The Defendant(s)

b. g If the defendant is a corporation

| | | |
|---|---|---|
| The defendant, *(name)* | Alstom Renewables US, LLC | is incorporated under |
| the laws of the State*(name)* | NY | , and has its |
| principal place of business in the State of (name) | DA | . |
| Or is incorporated under the laws of *(foreign nation)* | | , |
| and has its principal place of business in *(name)* | DA | |

2. The Defendant(s)

b. h If the defendant is a corporation

| | | |
|---|---|---|
| The defendant, *(name)* | GE Renewables US, LLC | is incorporated under |
| the laws of the State*(name)* | SC | , and has its |
| principal place of business in the State of (name) | NY | . |
| Or is incorporated under the laws of *(foreign nation)* | | , |
| and has its principal place of business in *(name)* | NY | |

2. The Defendant(s)

b. i If the defendant is a corporation

| | | |
|---|---|---|
| The defendant, *(name)* | GE DISABILITY BENEFITS CENTER | is incorporated under |
| the laws of the State*(name)* | NY | , and has its |
| principal place of business in the State of (name) | KY | . |
| Or is incorporated under the laws of *(foreign nation)* | | , |
| and has its principal place of business in *(name)* | KY | |

2. The Defendant(s)

b. j If the defendant is a corporation

| | | |
|---|---|---|
| The defendant, *(name)* | GE DISABILITY BENEFITS CENTER | is incorporated under |
| the laws of the State*(name)* | NY | , and has its |
| principal place of business in the State of (name) | KY | . |
| Or is incorporated under the laws of *(foreign nation)* | | , |
| and has its principal place of business in *(name)* | KY | |

2. The Defendant(s)

b. k If the defendant is a corporation

| | | |
|---|---|---|
| The defendant, *(name)* | Sedgwick Claim Management | is incorporated under |
| the laws of the State*(name)* | TN | , and has its |
| principal place of business in the State of (name) | KY | . |
| Or is incorporated under the laws of *(foreign nation)* | | , |

| | | |
|---|---|---|
| and has its principal place of business in *(name)* | KY | |

2. The Defendant(s)

b. l If the defendant is a corporation

| | | |
|---|---|---|
| The defendant, *(name)* | Jane Dow | is incorporated under |
| the laws of the State*(name)* | TBD | , and has its |
| principal place of business in the State of (name) | TBD | . |
| Or is incorporated under the laws of *(foreign nation)* | | , |
| and has its principal place of business in *(name)* | TBD | |

2. The Defendant(s)

b. m If the defendant is a corporation

| | | |
|---|---|---|
| The defendant, *(name)* | John Dow | is incorporated under |
| the laws of the State*(name)* | TBD | , and has its |
| principal place of business in the State of (name) | TBD | . |
| Or is incorporated under the laws of *(foreign nation)* | | , |
| and has its principal place of business in *(name)* | TBD | |

b. If the defendant is a corporation

The defendant, *(name)* GE Renewables US, LLC, is incorporated under the laws of the State of *(name)* NY, and has its principal place of business in the State of *(name)* CO.

Or is incorporated under the laws of *(foreign nation)* ______,

and has its principal place of business in *(name)* CO.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$25,000,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. The Plaintiff worked for the following companies as a Lead Fleet Reliability and Operation Engineer, North America for GE Renewable Energy out of field/telework/Brookfield office in South Carolina, under GE Renewables US, LLC starting on January 6, 2020. Plaintiff(s) office was located at 201 Brookfield Parkway Brookfield Plaza Building, Greenville South Carolina, 29607. Plaintiff reported to Engineering Manager – Fleet Reliability & Operations, North America in 5005, Boulevard Lapiniere, Brossard (Quebec) J4Z 0N5, Canada. Defendant(s) did not follow industry and Federal Standards, nor was the incident reported as an OSHA Recordable Event. See Attachement

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Bodily injuries, permanent in nature, which have affected her life. Past, present and future physical pain and mental anguish; Disfigurement and/or deformity coupled with associated humiliation and embarrassment; Past, present and future inconvenience; Past, present and future lost earnings, and a lessening of earning capacity; Personal, social and financial limitations resulting from the injuries sustained by Plaintiff; and g. Other damages allowable at law, including medical expenses incurred in the past, future, and attorneys' fees and costs. WHEREFORE, Plaintiff respectfully moves this Court for the following relief: judgment and award of execution against Defendant in the amount of $25,000,000.00

as compensatory damages for the unlawful acts aforesaid, plus pre- and post-judgment interest, and any other damages deemed reasonable and proper by the Court.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/14/2024

Signature of Plaintiff Melissa Bohlman

Printed Name of Plaintiff Melissa D. Bohlman

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Street Address ______

State and Zip Code ______

Telephone Number ______

E-mail Address ______