# UNITED STATES DISTRICT COURT

for the

District of South Carolina

Melissa D. Bohlman
*Plaintiff*
v.
GE Renewables North America LLC,

**GE Renewables US, LLC, *Colorado*; GE Vernova; General Electric Company; Electric Insurance Company; Alstom Renewables US, LLC; GE Disability Benefits Center; Sedgwick Claim Management; GE Renewable Energy; Jane Dow; John Dow; GE Renewables US, LLC, *New York*; GE Renewables US, LLC, *South Carolina*,
*Defendant(s)*

) ) ) ) )

Civil Action No. 6-24-cv-3536-BHH

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

■ other: this case is dismissed.

**Defendants GE Renewables US, LLC, *Colorado*; GE Vernova; General Electric Company; Electric Insurance Company; Alstom Renewables US, LLC; GE Disability Benefits Center; Sedgwick Claim Management; GE Renewable Energy; Jane Dow; John Dow; GE Renewables US, LLC, *New York*; GE Renewables US, LLC, *South Carolina*, were all dismissed on 8/5/24 per the Amended Complaint [ECF 13].

This action was:

■ decided by the Honorable Bruce Howe Hendricks.

Date: April 21, 2025

*CLERK OF COURT*

s/L. K. McAlister, Deputy Clerk

*Signature of Clerk or Deputy Clerk*